Matter of Polesny v Capitti (2025 NY Slip Op 05322)

Matter of Polesny v Capitti

2025 NY Slip Op 05322

Decided on October 02, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 02, 2025

Before: Moulton, J.P., Kennedy, González, Shulman, Rodriguez, JJ. 

Index No. 306954/18|Appeal No. 4841|Case No. 2025-04013|

[*1]In the Matter of Evelyn Polesny, Petitioner, 
v
Hon. Linda Marie Capitti, Respondent. 

Evelyn Polesny, appellant pro se.
Letitia James, Attorney General, New York (Shi-Shi Wang of counsel), for respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 2, 2025